# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: ESTATE OF LEONARD J. FRITS,  :  No. 234 MAL 2020
DECEASED  :
  :
  :
  :  Petition for Allowance of Appeal
PETITION OF: CHERYL A. FRITZ (WIFE)  :  from the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.